**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 31, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00790-CV

---

## IN RE COASTAL SALVADORAN POWER, LTD. AND COASTAL NEJAPA, LTD., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 21815-B**

---

## MEMORANDUM OPINION

On October 1, 2014, relators Coastal Salvadoran Power, Ltd. and Coastal Nejapa, Ltd. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Ben Hardin, presiding judge of the 23rd District Court of Brazoria County, to order the special master to review the subject emails for responsiveness to relators' discovery requests and require real parties in interest

to produce the emails found by the Special Master to be responsive to relators at least thirty days before trial.

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.